## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GUSTAVO GONZALEZ, Individually and on Behalf of All Similarly Situated Individuals, <br> Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-0653 |
| GULF COAST PAVERS, INC., <br> Defendant. | § | JURY DEMANDED |

### ORDER ON STIPULATION OF DISMISSAL

After considering the joint stipulation of dismissal filed herein, the Court

GRANTS the stipulation and dismisses the claims of Gustavo Gonzalez with prejudice. Each party shall bear its own costs and fees in this matter.

SIGNED on _____December 20\_\_\_, 2018.

_____
Honorable Vanessa D. Gilmore,
United States District Judge